# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 14, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156389(63)

GRANT BAUSERMAN, KARL WILLIAMS, and
TEDDY BROE, on Behalf of Themselves and All
Others Similarly Situated,
          Plaintiffs-Appellants,

v

UNEMPLOYMENT INSURANCE AGENCY,
          Defendant-Appellee.
_____/

SC: 156389
COA: 333181
Ct of Claims: 15-000202-MM

     On order of the Chief Justice, the motion of plaintiffs-appellants "requesting the Court take judicial notice of appellant's [sic: appellee's] inconsistent judicial filings and position such that defendant should be judicially estopped from maintaining its argument on accrual in this action" is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 14, 2018



Clerk